COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-18-00267-CV |
| Trial Court Cause Number: | 2015-73364 |
| Style: | Richard Culotta and Shannon Culotta |
| | v. Doubletree Hotels LLC, Doubletree Management LLC, Hilton Inns LLC, Hilton Resorts Corporation, Hilton Properties, Ltd. and Gal-Tex Hotel Corporation |
| Date motion filed[*]: | December 17, 2018 |
| Type of motion: | Motion for Leave to Supplement Brief |
| Party filing motion: | Appellants Richard Culotta and Shannon Culotta |

Appellants filed a motion for leave to supplement their brief on December 17, 2018. That same day, Appellants filed their supplemental brief. Appellees responded to the motion on December 21, 2018.

Appellants' motion for leave to supplement brief is **GRANTED**. Appellants' supplemental brief is accepted.

Appellees may file an amended or supplemental brief in response to Appellants' supplemental brief. Any responsive brief must be filed no later than **February 4, 2019**.

Judge's signature: /s/ Sarah Beth Landau

☒ Acting individually ☐ Acting for the Court

Date: January 15, 2019